UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY A. PRUSSIN and JUDY M. PRUSSIN,<br><br>          Plaintiffs,<br><br>     v.<br><br>BEKINS VAN LINES, LLC; BEKINS VAN LINES, INC.; TRIPLE CROWN MAFFUCCI STORAGE CORPORATION,<br><br>          Defendants. | Case No.  5:13-cv-02874 HRL<br><br>**ORDER SETTING STATUS CONFERENCE** |

A status conference is set for **February 24, 2015, 1:30 p.m.**  Counsel for plaintiffs and defendant Triple Crown Maffucci Storage Corporation may appear by phone via CourtCall.  Lead counsel for defendant Bekins Van Lines, LLC shall appear in person.

SO ORDERED.

Dated:   February 10, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-02874-HRL Notice has been electronically mailed to:

Frank Xavier Dipolito    fdipolito@swaindipolito.com, swaindipolito@lawyer.com

Gavin E Kogan    gavin@lg-attorneys.com

Gregg S. Garfinkel    ggarfinkel@nemecek-cole.com

Ross Ian Landau    rlandau@swaindipolito.com

2