UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY A. PRUSSIN and JUDY M. PRUSSIN,<br><br>       Plaintiffs,<br><br>   v.<br><br>BEKINS VAN LINES, LLC; BEKINS VAN LINES, INC.; TRIPLE CROWN MAFFUCCI STORAGE CORPORATION,<br><br>       Defendants. | Case No.   5:13-cv-02874 HRL<br><br>**ORDER CONDITIONALLY GRANTING MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR DEFENDANT BEKINS VAN LINES LLC**<br><br>[RE: DKT. 49] |

Now before the court is attorney Gregg S. Garfinkel's motion for permission to withdraw as counsel of record for defendant Bekins Van Lines LLC (Bekins LLC). The papers presented indicate that Mr. Garfinkel provided advance written notice to Bekins LLC of his intent to withdraw from this matter, and the instant motion was served on counsel for all other parties. The court has received no opposition to the motion, and the time for submitting any opposition or response has passed. The matter is deemed suitable for determination without oral argument, and the April 7, 2015 hearing is vacated. Civ. L.R. 7-1(b). Having considered the moving papers, the court conditionally grants the motion as follows:

"Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have

1  appeared in the case." Civ. L.R. 11-5(a). "In the Northern District of California, the conduct of counsel is governed by the standards of professional conduct required of members of the State Bar of California, including the Rules of Professional Conduct of the State Bar of California." <u>Hill Design Group v. Wang</u>, No. C04-521 JF (RS), 2006 WL 3591206 at *4 (N.D. Cal., Dec. 11, 2006) (citing <u>Elan Transdermal Limited v. Cygnus Therapeutic Systems</u>, 809 F. Supp. 1383, 1387 (N.D. Cal.1992)). Those standards provide that an attorney may seek permission to withdraw if, among other things, the client's conduct renders it unreasonably difficult for the attorney to represent the client effectively or if the client breaches an agreement or obligation with respect to the payment of fees. <u>Id.</u> (citing Cal. Rules of Professional Conduct Rule 3-700(C)(1)(d),(f)).

Mr. Garfinkel says that Bekins LLC has dissolved and that there has been a complete breakdown in the attorney-client relationship. According to Mr. Garfinkel, Bekins LLC has ceased all communications with him (making it unreasonably difficult for him to carry out its representation effectively) and has failed to fulfill its obligations to pay fees and costs. (Garfinkel Decl. ¶¶ 5-6). As discussed, no one has filed an opposition to the requested withdrawal. Finding sufficient grounds for withdrawal, the court grants the motion, <u>subject to the condition that papers may continue to be served on Mr. Garfinkel for forwarding purposes, unless and until Bekins LLC appears by other counsel</u>. Civ. L.R. 11-5(b).

**Bekins LLC is advised that it may not appear pro se or through its corporate officers, but must retain new counsel forthwith to represent it in this lawsuit**. <u>See</u> Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court"); <u>see also</u> <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel"); <u>In Re Highley</u>, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law"). **Bekins LLC is further advised that it retains all of the obligations of a litigant, and its failure to appoint an attorney may lead to an order striking its pleadings or to entry of its**

**default**.

SO ORDERED.

Dated:  April 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

3

5:13-cv-02874-HRL Notice has been electronically mailed to:

Allen Gabriel Haroutounian    aharoutounian@nemecek-cole.com

Frank Xavier Dipolito    fdipolito@swaindipolito.com, swaindipolito@lawyer.com

Gavin E Kogan    gavin@lg-attorneys.com

Gregg S. Garfinkel    ggarfinkel@nemecek-cole.com

Ross Ian Landau    rlandau@swaindipolito.com

4