UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY A. PRUSSIN and JUDY M. PRUSSIN,<br><br>             Plaintiffs,<br><br>    v.<br><br>BEKINS VAN LINES, LLC; BEKINS VAN LINES, INC.; TRIPLE CROWN MAFFUCCI STORAGE CORPORATION and DOES 1-5, inclusive,<br><br>             Defendants. | Case No.  5:13-cv-02874 HRL<br><br>**ORDER GRANTING PLAINTIFFS' COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE** |

    Plaintiffs' counsel's request for leave to appear by phone at the May 19, 2015 hearing on plaintiffs' motion to compel discovery is granted.  Counsel shall arrange for appearance through CourtCall.

    SO ORDERED.

Dated:   May 12, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-02874-HRL Notice has been electronically mailed to:

Allen Gabriel Haroutounian    aharoutounian@nemecek-cole.com

Frank Xavier Dipolito    fdipolito@swaindipolito.com, swaindipolito@lawyer.com

Gavin E Kogan    gavin@lg-attorneys.com

Gregg S. Garfinkel    ggarfinkel@nemecek-cole.com

Ross Ian Landau    rlandau@swaindipolito.com